585 A.2d 369
FRANK BURBRIDGE v. JOHN PASCHAL.

September 4, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 139, 570 *A.*2d 1250)

585 A.2d 369
FRANK BURBRIDGE v. JOHN PASCHAL.

September 4, 1990.

Cross-petition for certification denied. (See 239 *N.J.Super.* 139, 570 *A.*2d 1250)

585 A.2d 369
BOGUSLAW OCZKOWSKI v. PATRICIA OCZKOWSKI.

September 4, 1990.

Petition for certification denied.

585 A.2d 369
ROBERT REDDY v. NEW JERSEY STATE PAROLE BOARD.

September 4, 1990.

Petition for certification denied.